Exhibit 1

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101, and 102**

**Reg. No. 3,386,532**

## United States Patent and Trademark Office

Registered Feb. 19, 2008

**SERVICE MARK**
**PRINCIPAL REGISTER**

# TORY BURCH

RIVER LIGHT V, L.P. (NEW YORK LIMITED PARTNERSHIP)
99 MADISON AVENUE
NEW YORK, NY 10016

FOR: RETAIL CLOTHING STORES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-15-2006; IN COMMERCE 1-15-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,990,110.

THE NAME TORY BURCH IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD

SN 78-773,262, FILED 12-14-2005.

JOHN GARTNER, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,428,373

Registered May 13, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# TORY BURCH

RIVER LIGHT V, L.P. (NEW YORK LIMITED PARTNERSHIP)

99 MADISON AVENUE

NEW YORK, NY 10016

FOR: COATS; DRESSES; FOOTWEAR; HEAD-WEAR; JACKETS; PANTS; SHIRTS; SHORTS; SKIRTS; SLEEPWEAR; SWEATERS; SWIM WEAR; TOPS; UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-2006; IN COMMERCE 1-15-2006.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,990,110.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK IDENTIFIES TORY BURCH, WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SN 78-773,232, FILED 12-14-2005.

JOHN GARTNER, EXAMINING ATTORNEY

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22, and 41**

**Reg. No. 3,428,374**

## United States Patent and Trademark Office

Registered May 13, 2008

### TRADEMARK
### PRINCIPAL REGISTER

# TORY BURCH

RIVER LIGHT V, L.P. (NEW YORK LIMITED PARTNERSHIP)
99 MADISON AVENUE
NEW YORK, NY 10016

FOR: COSMETIC BAGS SOLD EMPTY; HAND-BAGS; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-15-2006; IN COMMERCE 1-15-2006.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,990,110.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK IDENTIFIES TORY BURCH, WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SN 78-773,244, FILED 12-14-2005.

JOHN GARTNER, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28, and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,428,816**

Registered May 13, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# TORY BURCH

RIVER LIGHT V, L.P. (NEW YORK LIMITED PARTNERSHIP)
99 MADISON AVENUE
NEW YORK, NY 10016

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-15-2006; IN COMMERCE 1-15-2006.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,990,110.

THE NAME "TORY BURCH" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 78-979,615, FILED 12-14-2005.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,479,178

## United States Patent and Trademark Office

Registered Aug. 5, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

# REVA

RIVER LIGHT V, L.P. (NEW YORK LIMITED PARTNERSHIP)
99 MADISON AVENUE
NEW YORK, NY 10016

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-28-2006; IN COMMERCE 2-28-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-221,172, FILED 7-3-2007.

MARK SPARACINO, EXAMINING ATTORNEY

Int. Cls.: 4, 14, 18, 20, 24, and 25

Prior U.S. Cls.: 1, 2, 3, 6, 13, 15, 22, 25, 27, 28, 32, 39, 41, 42, and 50

**United States Patent and Trademark Office**

Reg. No. 3,029,795

Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



RIVER LIGHT V, LLC (DELAWARE LTD LIAB CO)
685 KROMER AVENUE
BERWYN, PA 19312

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 2-1-2004; IN COMMERCE 2-1-2004.

FOR: JEWELRY , IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 2-1-2004; IN COMMERCE 2-1-2004.

FOR: ACCESSORIES, NAMELY, HANDBAGS, UMBRELLAS AND COSMETIC BAGS SOLD EMP-TY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 2-1-2004; IN COMMERCE 2-1-2004.

FOR: HOUSEWARES, NAMELY, WOOD BOXES AND FURNITURE, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 2-1-2004; IN COMMERCE 2-1-2004.

FOR: HOUSEWARES, NAMELY, BED SHEETS, TABLE LINENS AND TOWELS , IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 2-1-2004; IN COMMERCE 2-1-2004.

FOR: CLOTHING, NAMELY, SHIRTS, TOPS, SWEATERS, PANTS, SKIRTS, SHORTS, DRESSES, BATHING SUITS, BIKINIS, SARONGS, SHOES, SOCKS, BELTS, UNDERGARMENTS, ROBES AND HEADWEAR; OUTERWEAR, NAMELY, SCARVES, JACKETS, VESTS AND COATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-1-2004; IN COMMERCE 2-1-2004.

SN 76-546,289, FILED 9-23-2003.

GEORGE LORENZO, EXAMINING ATTORNEY

**Int. Cls.: 18 and 25**

**Prior U.S. Cls.: 1, 2, 3, 22, 39 and 41**

**United States Patent and Trademark Office**

**Reg. No. 3,563,326**

Registered Jan. 20, 2009

## TRADEMARK
### PRINCIPAL REGISTER



RIVER LIGHT V, L.P. (DELAWARE LIMITED PARTNERSHIP)
99 MADISON AVENUE NEW
NEW YORK, NY 10016

    FOR: A FULL LINE OF HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

    FIRST USE 2-1-2004; IN COMMERCE 2-1-2004.

    FOR: A FULL LINE OF WOMEN'S CLOTHING AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

    FIRST USE 2-1-2004; IN COMMERCE 2-1-2004.

    OWNER OF U.S. REG. NOS. 3,024,142 AND 3,029,795.

    THE MARK CONSISTS OF A CIRCLE WITH A "T" AND AN UPSIDE DOWN "T" IN THE MIDDLE.

    SER. NO. 77-345,778, FILED 12-6-2007.

JOHN GARTNER, EXAMINING ATTORNEY



# United States of America

## United States Patent and Trademark Office

# TORY BURCH

**Reg. No. 3,758,631**
Registered Mar. 9, 2010

**Int. Cl.: 9**

**TRADEMARK**
**PRINCIPAL REGISTER**

RIVER LIGHT V, L.P. (NEW YORK LIMITED PARTNERSHIP)
99 MADISON AVENUE
NEW YORK, NY 10016

FOR: EYEWEAR; EYEWEAR CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-21-2009; IN COMMERCE 10-21-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,428,373, 3,428,816, AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES
"TORY BURCH", WHOSE CONSENT(S) TO REGISTER IS SUBMITTED.

SN 77-574,142, FILED 9-19-2008.

LIEF MARTIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,782,953**

**Registered Apr. 27, 2010**

**Int. Cl.: 18**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

RIVER LIGHT V, L.P. (DELAWARE LIMITED PARTNERSHIP)
11 WEST 19TH STREET, 7TH FL.
NEW YORK, NY 10011

FOR: HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-15-2007; IN COMMERCE 9-15-2007.

OWNER OF U.S. REG. NOS. 3,029,795, 3,563,326, AND OTHERS.

THE MARK CONSISTS OF TWO STYLIZED "T"-SHAPED METAL HARDWARE PIECES
WHERE THE HANDLE IS ATTACHED ON BOTH SIDES OF A HANDBAG; THE SIZE AND
SHAPE OF THE HANDBAG MAY VARY, HOWEVER THE RELATIVE POSITION AND SIZE
OF THE HARDWARE RELATIVE TO THE HANDLES WILL APPEAR GENERALLY IN THE
LEFT AND RIGHT SECTIONS OF THE HANDBAG WHERE THE HANDLE(S) IS(ARE) AT-
TACHED TO THE HANDBAG; THE HANDBAG IS PRESENTED IN DOTTED LINING AND
NO CLAIM IS MADE TO THE HANDBAG SHAPE.

SER. NO. 77-678,857, FILED P.R. 2-26-2009; AM. S.R. 3-4-2010.

RAUL CORDOVA, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# TORY BURCH

**Reg. No. 3,814,500**
**Registered July 6, 2010**

**Int. Cl.: 4**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIVER LIGHT V, L.P. (DELAWARE LIMITED PARTNERSHIP)
11 WEST 19TH STREET, 7TH FLOOR
NEW YORK, NY 10011

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 1-15-2006; IN COMMERCE 1-15-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,428,373, 3,428,374, AND 3,428,816.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES
"TORY BURCH", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SER. NO. 77-910,963, FILED 1-13-2010.

DAVID COLLIER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# REVA

**Reg. No. 3,918,505**

**Registered Feb. 15, 2011**

RIVER LIGHT V, L.P. (DELAWARE LIMITED PARTNERSHIP)
11 WEST 19TH STREET, 7TH FLOOR
NEW YORK, NY 10011

**Int. Cl.: 18**

FOR: HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 11-30-2006; IN COMMERCE 11-30-2006.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,479,178.

SER. NO. 77-766,365, FILED 6-23-2009.

TARAH HARDY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,920,528**

**Registered Feb. 15, 2011**

RIVER LIGHT V, L.P. (DELAWARE LIMITED PARTNERSHIP)
11 WEST 19TH STREET, 7TH FLOOR
NEW YORK, NY 10011

**Int. Cl.: 9**

FOR: EYEWEAR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 9-30-2010; IN COMMERCE 9-30-2010.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 3,024,142, 3,563,326, AND OTHERS.

THE MARK CONSISTS OF TWO STYLIZED LETTER "T"S PLACED HEAD TO HEAD ON THE HINGE OF BOTH SIDES OF EYEWEAR. THE PLACEMENT OF THE MARK IS INDIC-ATED BY DASHED LINES ON THE EYEWEAR; AND NO CLAIM IS MADE TO THE EYE-WEAR SHAPE.

SN 77-757,150, FILED 6-11-2009.

TARAH HARDY, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,029,068**

**Registered Sep. 20, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIVER LIGHT V, L.P. (DELAWARE LIMITED PARTNERSHIP)
11 WEST 19TH ST, 7TH FLOOR
NEW YORK, NY 10011

FOR: SOCKS; ROBES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2008; IN COMMERCE 1-1-2008.

OWNER OF U.S. REG. NOS. 3,024,142, 3,029,795, AND OTHERS.

THE MARK CONSISTS OF A CIRCLE WITH A "T" AND AN UPSIDE DOWN "T" IN THE MIDDLE.

SN 77-345,862, FILED 12-6-2007.

JOHN GARTNER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,045,568**

**Registered Oct. 25, 2011**

RIVER LIGHT V, L.P. (DELAWARE LIMITED PARTNERSHIP)
11 WEST 19TH STREET, 7TH FLOOR
NEW YORK, NY 10011

**Int. Cl.: 9**

FOR: EYEWEAR; EYEWEAR CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 10-21-2009; IN COMMERCE 10-21-2009.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 3,024,142, 3,029,795, AND 3,563,326.

THE MARK CONSISTS OF AN UPRIGHT "T" DIRECTLY BELOW AN INVERTED "T" ALL SURROUNDED BY A CIRCLE.

SER. NO. 85-325,963, FILED S.R. 5-20-2011 AM. P.R. 5-27-2011.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,129,090**
**Registered Apr. 17, 2012**

RIVER LIGHT V, L.P. (DELAWARE LIMITED PARTNERSHIP)
11 WEST 19TH STREET, 7TH FLOOR
NEW YORK, NY 10011

**Int. Cl.: 6**

FOR: METAL KEY CHAINS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

**TRADEMARK**

FIRST USE 10-31-2008; IN COMMERCE 10-31-2008.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 3,024,142, 3,029,795, AND 3,563,326.

THE MARK CONSISTS OF AN UPRIGHT "T" UNDERNEATH AN UPSIDE DOWN "T" INSIDE A CIRCLE.

SN 77-801,962, FILED 8-11-2009.

TARAH HARDY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,150,523**

**Registered May 29, 2012**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIVER LIGHT V, L.P. (DELAWARE LIMITED PARTNERSHIP)
11 WEST 19TH STREET, 7TH FLOOR
NEW YORK, NY 10011

FOR: LEATHER KEY CHAINS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-31-2008; IN COMMERCE 10-31-2008.

OWNER OF U.S. REG. NOS. 3,024,142, 3,029,795, AND 3,563,326.

THE MARK CONSISTS OF AN UPRIGHT "T" UNDERNEATH AN UPSIDE DOWN "T" INSIDE A CIRCLE.

SN 77-801,996, FILED 8-11-2009.

TARAH HARDY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,317,165**

**Registered Apr. 9, 2013**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIVER LIGHT V, L.P. (DELAWARE LIMITED PARTNERSHIP)
11 WEST 19TH STREET, 7TH FLOOR
NEW YORK, NY 10011

FOR: BUSINESS CARD CASES; COSMETIC CASES SOLD EMPTY; HANDBAGS; LEATHER POUCHES; LUGGAGE; PURSES; TOTE BAGS; UMBRELLAS; WALLETS; WRISTLET BAGS , IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 8-31-2007; IN COMMERCE 8-31-2007.

OWNER OF U.S. REG. NOS. 3,029,795, 4,029,068 AND OTHERS.

THE MARK CONSISTS OF AN UPRIGHT "T" DIRECTLY BELOW AN INVERTED "T".

SER. NO. 85-716,927, FILED 8-30-2012.

BARBARA BROWN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,345,875**

**Registered June 4, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIVER LIGHT V, L.P. (DELAWARE LIMITED PARTNERSHIP)
11 WEST 19TH STREET, 7TH FLOOR
NEW YORK, NY 10011

FOR: BELTS; DRESSES; FOOTWEAR; HATS; JACKETS; PAJAMAS; PANTS; SCARVES; SHIRTS; SKIRTS; SWEATERS; SWIMWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-31-2007; IN COMMERCE 8-31-2007.

OWNER OF U.S. REG. NOS. 3,029,795, 4,029,068 AND OTHERS.

THE MARK CONSISTS OF AN UPRIGHT "T" DIRECTLY BELOW AN INVERTED "T".

SER. NO. 85-717,008, FILED 8-30-2012.

DAWN HAN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,363,739**

**Registered July 9, 2013**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIVER LIGHT V, L.P. (DELAWARE LIMITED PARTNERSHIP)
11 WEST 19TH STREET, 7TH FLOOR
NEW YORK, NY 10011

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-31-2011; IN COMMERCE 1-31-2011.

OWNER OF U.S. REG. NOS. 3,029,795, 4,029,068 AND OTHERS.

THE MARK CONSISTS OF AN UPRIGHT "T" DIRECTLY BELOW AN INVERTED "T".

SER. NO. 85-716,924, FILED 8-30-2012.

BARBARA BROWN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,365,683**

**Registered July 9, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

RIVER LIGHT V, L.P. (DELAWARE LIMITED PARTNERSHIP)
11 WEST 19TH STREET, 7TH FLOOR
NEW YORK, NY 10011

FOR: BELTS; FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-31-2013; IN COMMERCE 3-31-2013.

OWNER OF U.S. REG. NOS. 3,024,142, 3,563,326, AND OTHERS.

THE MARK CONSISTS OF DESIGN OF FOUR EQUAL PARTS CREATED FROM TWO STYLIZED SPLIT "T"S.

SN 85-591,319, FILED 4-6-2012.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

*Acting Director of the United States Patent and Trademark Office*